UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNEY RAMEY,<br><br>        Petitioner<br><br>        v.<br><br>R. HILL,<br><br>        Respondent | CASE NO. 1:11-CV-449 AWI JLT<br><br>**ORDER DISMISSING CASE AND ORDER DENYING MOTION AS MOOT**<br><br>**(Doc. Nos. 19, 22)** |

This is a 28 U.S.C. § 2254 habeas corpus petition brought by pro se Petitioner Johnney Ramey. On March 13, 2014, the Ninth Circuit vacated the court's prior decision in this matter and remanded the case back to this Court with instruction to dismiss Ramey's petition for lack of jurisdiction. The Court will follow the Ninth Circuit's instructions. Additionally, there is a pending motion for procurement of records that was filed by Ramey on August 26, 2011. In light of the dismissal, this motion is moot and will be denied as such.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED for lack of jurisdiction;
2. Plaintiff's motion (Doc. No. 19) is DENIED as moot; and
3. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   March 18, 2014                                 /s/ _____
                                                        SENIOR DISTRICT JUDGE